IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS, | ) ) ) ) ) ) ) No. 03 C 4838 |
| Plaintiffs, | ) ) |
| v. | ) Magistrate Judge Ashman ) |
| T.C. BAK & ASSOCIATES, INC., an Illinois corporation, and THADDEUS C. BAK, JR., a/k/a TED C. BAK JR., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF JUDGMENT

On January 31, 2006, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS FRINGE PENSION, WELFARE, SAVINGS APPRENTICESHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS, and against Defendants, T.C. BAK & ASSOCIATES, INC., and THADDEUS C. BAK, JR., a/k/a TED C. BAK JR., in the total amount of $24,344.38.

DATED: JUL 3 1 2006

ENTER: _____
Honorable Judge Ashman

James R. Anderson
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415